UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**TIMOTHY WALKER,**

    **Plaintiff,**

**v.**                                             **Case No: 5:13-cv-211-Oc-18PRL**

**COMMISSIONER OF SOCIAL SECURITY**

    **Defendant.**

## REPORT AND RECOMMENDATION

This matter is before the Court on Plaintiff's Unopposed Motion to Dismiss Complaint. (Doc. 18). Plaintiff moves the Court to dismiss his Complaint with prejudice. Defendant has no objection.

Accordingly, it is respectfully **RECOMMENDED** that Plaintiff's Motion (Doc. 18) should be **GRANTED** and Plaintiff's Complaint (Doc. 1) should be **DISMISSED** with prejudice.

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Ocala, Florida on October 1, 2013.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy