UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**TIMOTHY WALKER,**

    **Plaintiff,**

v.　　　　　　　　　　　　　　　　　　　Case No: 5:13-cv-211-Oc-18PRL

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

_____

## ORDER

The case was referred to the United States Magistrate Judge for report and recommendation on Plaintiff's Unopposed Motion to Dismiss Complaint (Doc. No. 18). The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections to the report filed, it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is hereby **APPROVED**. The Motion is **GRANTED** and the complaint is **DISMISSED** with prejudice. Clerk of the Court is directed to **CLOSE** the case.

**DONE AND ORDERED** at Orlando, Florida, this _____ day of October, 2013.

_____
G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record
Unrepresented Parties